NELLIE SANGER, Appellant, v. I. N. SKIDMORE.

PRACTICE SUPREME COURT. Dismissal—no showing that appeal
    was taken.

*Appeal from Decatur District Court.*—HON. W. H. TEDFORD, Judge.

MONDAY, FEBRUARY 10, 1896.

THIS appears to be an action of mandamus to compel the defend-
ant, who is president of the board of directors of a school district, to
approve a contract for teaching a school. The court refused the
mandamus, and the case is presented to this court for review.

*Curry & McGinnis* for plaintiff.

No appearance for defendant.

ROTHROCK, J.—The case is presented here upon what purports
to be a bill of exceptions and an argument in behalf of plaintiff. It
does not appear from the record that an appeal was taken from the
district court, and the case is dismissed.